# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JUDY DENBOSKE, | Case No. 2:14-CV-01343-JAM-CKD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS [L.R.] 144(a)** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Good cause appearing, the Stipulation to Extend Time to Respond to Initial Complaint by not more than 28 days of plaintiff Judy Denboske and defendant Life Insurance Company of North America ("LINA") to extend time to respond to Plaintiff's Complaint is **GRANTED**.  Defendant Life Insurance Company of North America's time to respond to the Complaint is extended by 28 days, from June 26, 2014 to July 24, 2014.

**IT IS SO ORDERED.**

Dated: June  12, 2014          /s/ John A. Mendez_____
                               Hon. John A. Mendez
                               Judge, United States District Court

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

1

[PROPOSED] ORDER GRANTING STIPULATION TO
EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 28 DAYS [L.R.] 144(a)