# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JUDY DENBOSKE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 2:14-CV-01343-JAM-CKD<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:14-CV-01343-JAM-CKD, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: January 22, 2015　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　Hon. John A. Mendez
　　　　　　　　　　　　　　　　　　　United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

141668.1

1

Case No. 2:14-CV-01343-JAM-CKD
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE